IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ANDREA MARSH ESQUEDA and | § | |
| ROBERT LEE ESQUEDA, | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | NO. _____ |
| | § | |
| GLORIA JEAN BERLIND and | § | |
| JOHN FAYARD MOVING & | § | |
| WAREHOUSING, LLC, | § | |
|     *Defendants.* | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW DEFENDANT JOHN FAYARD MOVING & WAREHOUSING, LLC, and files this Notice of Removal ("Notice") of this suit from the County Court at Law #2 in Potter County, Texas, Cause No. 110951-2-CV, to the United States District Court for the Northern District of Texas, Amarillo Division under 28 U.S.C. §§1441, 1446 and 1332(a), and respectfully shows the Court as follows:

### I.
#### PROCEDURAL FACTS

1.    Plaintiffs are Andrea Marsh Esqueda and Robert Lee Esqueda ("Plaintiffs"). Defendants are Gloria Jean Berlind and John Fayard Moving & Warehousing, LLC ("Defendants").

2.    On May 9, 2022, Plaintiffs filed their Original Petition, asserting negligence claims against Defendants for purported damages sustained by Plaintiffs in a motor vehicle accident that occurred on May 17, 2020, at or near the 2100 block of S. Lakeside Drive in Amarillo, Potter County, Texas, involving a 2019 Dodge Ram hauling a 2003 Star Trailer, operated by Plaintiff Andrea Marsh Esqueda, and a 2019 Western Star tractor hauling a 2017

Wabash trailer, which was operated by Defendant Gloria Jean Berlind, who was operating the tractor-trailer on behalf of Defendant John Fayard Moving & Warehousing, LLC. Plaintiff Robert Lee Esqueda was a passenger in the 2019 Dodge Ram. Plaintiffs sued Defendants in the County Court at Law #2 in the District Court of Potter County, Texas, identified as Cause No. 110951-2-CV, and styled as *Andrea Marsh Esqueda and Robert Lee Esqueda v. Gloria Jean Berlind and John Fayard Moving & Warehousing, LLC* (the "Potter County Suit"). (Ex. A, Plf. Orig. Pet.). On May 17, 2022, citation and the Original Petition in the Potter County Suit were served on the John Fayard, Jr., as registered agent of Defendant John Fayard Moving & Warehousing, LLC ("John Fayard"), at 13486 Fastway Lane, Gulfport, Mississippi. John Fayard filed its Answer to Plaintiffs' Original Petition on June 13, 2022 (Ex. A, Original Answer of John Fayard). Defendant Gloria Jean Berlind has not been service with citation or suit, and has not entered an appearance in the Potter County Suit.

3.　　　Thus, Defendant John Fayard timely files this notice of removal within the 30-day period required by 28 U.S.C. §1446(b)(3).

## II.
### GROUNDS FOR REMOVAL

4.　　　Defendant John Fayard timely files this Notice of Removal pursuant to 28 U.S.C. §§1441 (a), (b), 1446(b, c), and 1332(a). Removal of the Potter County Suit to this District and Division is proper because this Court has federal diversity jurisdiction in accordance with 28 U.S.C. §1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. 28 U.S.C. §1332(a)(1).

## A.　　Citizenship of the Parties

5.　　　At the time of the filing suit and at the time of removal:

a.      Plaintiff Andrea Marsh Esqueda is a citizen of the State of Texas domiciled and residing in Canyon, Randall County, Texas;

b.      Plaintiff Robert Lee Esqueda is a citizen of the State of Texas domiciled and residing in Canyon, Randall County, Texas;

c.      Defendant Gloria Berlind it a citizen of the State of Virginia domiciled and residing in Virginia; and

d.      Defendant John Fayard Moving & Warehousing, LLC is a limited liability company, incorporated and operating under the State of Mississippi, and is a citizen of the State of Mississippi, domiciled and residing in Gulfport, Harrison County, Mississippi.

**B.      Removal is proper because there is complete diversity of citizenship as between Plaintiff and Defendant**

6.      Removal of this suit is proper under 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiffs and Defendants at the time of filing suit and the time of removal, shown as follows:

a.      Plaintiffs are citizens of the State of Texas;

b.      Defendant Gloria Jean Berlind is a citizen of the State of Florida;

c.      Defendant John Fayard Moving & Warehousing, LLC, is a citizen of the State of Mississippi; and

Thus, there is complete diversity of citizenship between Plaintiffs and Defendants because both Defendants are **not** citizens of the same state as Plaintiff.

**C.      The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs**

7.      Removal of this suit is proper under 28 U.S.C. §1332(a) because the amount or matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8.      In Paragraph 10 of Section III of Plaintiffs' Original Petition ("Petition") which is attached hereto (Ex. A, Plf. Pet.), Plaintiffs state they "seek monetary relief over $250,000.00 but not more than $1,000,000." Plaintiffs' Petition, a true and correct copy of which is contained in the state court records of the Potter County Suit, is attached hereto as part

of Exhibit A and incorporated by reference.

9.      As a result, removal of this suit is proper under 28 U.S.C. §1332(a) because the amount or matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

**D.      Consent to Removal of Defendants**

10.      Defendant John Fayard Moving & Warehousing, LLC, consents to the removal of the case to this District and Division, as reflected by filing this Notice of Removal. 28 U.S.C. §1446(b)(2)(A).

**E.      Potter County Suit Court Records Are Attached**

11.      True and correct certified copies of all pleadings, process, orders, and other filings in the Potter County Suit are attached to this Notice as Exhibit "A", as required by 28 U.S.C. §§ 1446(a) and 1449.

**F.      Venue in this District and Division is Proper**

12.      Venue in this District and Division is proper under 28 U.S.C. §1441(a) because the County Court at Law #2 of Potter County, Texas, the state court where the state suit has been pending, is located in this District and Division. Plaintiff alleges in Plaintiffs' Petition that "pursuant to Texas Civil Practices and Remedies Code § 15.002(a), because [Potter County] is the county in which all or a substantial part of the events or omissions giving rise to the complaint occurred." (Ex. A, Plf. Pet.).

**G.      Notice of Notice of Removal and Notice of Filing Notice of Removal**

13.      Pursuant to 28 U.S.C. §1446(d), Defendant John Fayard will promptly file a copy of this Notice of Removal and a Notice of Filing of Notice of Removal with the district clerk of the County Court at Law #2, Potter County, Texas, the state court where the suit has been pending, and will give written notice thereof to all adverse parties.

14.     Plaintiff demanded a jury trial in the Potter County Suit.

<u>CONCLUSION</u>

15.     For the reasons stated above, removal of the Potter County Suit to this District

and Division is proper under 28 U.S.C. §§ 1441, 1446 and 1332(a) because this Court has

diversity jurisdiction in accordance with 28 U.S.C. §1332(a)(1) in that the matter in

controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is

between citizens of different States.

WHEREFORE, PREMISES CONSIDERED, Defendant John Fayard Moving &

Warehousing, LLC, requests that the Court remove the action to the United States District

Court for the Northern District of Texas, Amarillo Division.

Respectfully submitted,

MULLIN HOARD & BROWN, L.L.P.
Danny M. Needham, Texas Bar No. 14854400
Christopher W. Weber, Texas Bar No. 00797640
C. Wade Overstreet, Texas Bar. No. 24029758
500 South Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
dmneedham@mhba.com – Email
cweber@mhba.com – Email
woverstreet@mhba.com – Email

By: /s/ *Danny M. Needham*
        Danny M. Needham

ATTORNEYS FOR DEFENDANT JOHN
FAYARD MOVING & WAREHOUSING LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 15th day of June 2022, I electronically filed the foregoing document with the Court's electronic filing system, and that a true and correct copy was served on the parties listed below through the electronic case filing system if they are registered and if the Notice of Electronic Filing indicates that the parties received it, and by service through U.S. regular mail to the parties if they are not so registered:

J. Daren Brown
STOCKARD JOHNSTON BROWN & NETARDUS, PC
P.O. Box 3280
Amarillo, TX 79116
Email: dbrown@sjblawfirm.com
*Attorney for Plaintiffs*

/s/ *Danny M. Needham*
Danny M. Needham

## <u>EXHIBITS TO NOTICE OF REMOVAL</u>

1.      Exhibit A            Certified Copy of Potters County state court records in
                             Cause No. 110951-2-CV.

Case Information

# ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN FAYARD MOVING & WAREHOUSING, LLC

110951-2-CV

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Potter County - DC County Court at Law 2 | Civil - Injury or Damage | Motor Vehicle Accident | 5/9/2022 |

Judge
Hand, Matthew H.

## Parties [4]

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | Andrea Esqueda | J. Daren Brown |
| Plaintiff | Robert Esqueda | J. Daren Brown |
| Defendant | John Fayard Moving & Warehouse, LLC | |
| Defendant | Gloria Jean Berlind | |

## Events [6]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 5/9/2022 | Filing | REQUEST FOR ISSUANCE | Request for Issuance - (Gloria Jean Berlind) | |
| 5/9/2022 | Filing | REQUEST FOR ISSUANCE | Request for Issuance - (John Fayard Moving & Warehouse, LLC, agent John R. Fayard Jr.) | |
| 5/9/2022 | Filing | PLAINTIFF?S ORIGINAL PETITION (OCA) | Plaintiff's Original Petition | |
| 5/9/2022 | Filing | JURY DEMAND | Plaintiff's Demand for Trial by Jury | |
| 5/23/2022 | Filing | RECORD CITATION | JOHN FAYARD MOVING AND WAREHOUSE, REGISTERED AGENT JOHN R. FAYARD, JR. SERVED ON 05/17/2022 BY PROCESS SERVER, RICKY DOMBROWSKI; SERVICE FEE: NONE NOTED | |
| 6/13/2022 | Filing | DEFENDANT/S ORIGINAL ANSWER | John Fayard Moving & Warehousing, LLC | 2022-06-13 John Fayard Answer to Petition.pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved
Version: 2022.5.0.10087



EMPOWERED BY
TYLER TECHNOLOGIES



EXHIBIT

A

Filed
Stephanie Menke
District Clerk
5/9/2022 2:20 PM
Potter County, Texas
By PB Deputy

110951-2-CV

CAUSE NO. _____

| | | |
|---|---|---|
| ANDREA MARSH ESQUEDA and | § | IN THE _____ DISTRICT COURT |
| ROBERT LEE ESQUEDA, | § | |
| | § | County Court at Law 2 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | IN AND FOR |
| | § | |
| GLORIA JEAN BERLIND and | § | |
| JOHN FAYARD MOVING & | § | |
| WAREHOUSING, LLC | § | |
| | § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiffs, ANDREA MARSH ESQUEDA and ROBERT LEE ESQUEDA, (hereinafter called "PLAINTIFFS") complaining of and about GLORIA JEAN BERLIND and JOHN FAYARD MOVING & WAREHOUSING, LLC (hereinafter called "DEFENDANTS") and for cause of action respectfully shows unto the Court as follows:

### I. Discovery Control Plan Level

1.      Pursuant to Texas Rule of Civil Procedure 190.4, Plaintiffs state that discovery in this matter is intended to be conducted under Level III, as specified by Tex. R. Civ. P. 190.4.

### II. Parties

2.      Plaintiff  ANDREA MARSH ESQUEDA is an individual whose current address is 3800 W. FM 3331, Canyon, Texas 79015.

3.      The last three digits of the driver's license number of ANDREA MARSH ESQUEDA are 730.  The last three digits of the social security number for  ANDREA MARSCH ESQUEDA are 883.

**CERTIFIED COPY  Page 1 of 9**

4.      Plaintiff  ROBERT LEE ESQUEDA is an individual whose current address is 3800 W. FM 3331, Canyon, Texas 79015.

5.      The last three digits of the driver's license number of  ROBERT LEE ESQUEDA are 700.  The last three digits of the social security number for  ROBERT LEE ESQUEDA are 999.

6.      Defendant, GLORIA JEAN BERLIND, is an individual whose current address is 627 37th Avenue NE, Saint Petersburg, Florida 33704 and she may be served with process at this address or wherever she may be found.

7.      Defendant JOHN FAYARD MOVING & WAREHOUSE, LLC is a Mississippi Limited Liability Company organized and existing under the laws of the State of Mississippi, whose home office address 10323 Express Drive, Gulfport, MS 39503 and may be served with process by serving its registered agent, JOHN R. FAYARD, JR., 13486 Fastway Lane, Gulfport MS 39503.

### III. Jurisdiction and Venue

8.      The subject matter in controversy is within the jurisdictional limits of this court. Additionally, this court has jurisdiction over Defendants because said Defendants purposefully availed themselves of the privilege of conducting activities in the State of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendants, and the assumption of jurisdiction over these Defendants will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

9.      Venue is proper in Potter County, Texas, pursuant to Texas Civil Practice and Remedies Code §15.002(a), because it is the county in which all or a substantial part of the events or omissions giving rise to the complaint occurred.  More specifically, the accident which

is the subject matter of this case occurred in Amarillo, Potter County, Texas.

       10.    While the damages to be awarded lie within the sound discretion of the fact finder based on the evidence as presented, Plaintiffs recognize the pleading requirements of Rule 47 of the TEXAS RULES OF CIVIL PROCEDURE. Accordingly, PLAINTIFFS seek monetary relief over $250,000 but not more than $1,000,000, which exceeds this Court's minimum jurisdictional requirements.

## IV. <u>Facts</u>

       11.    This lawsuit results from an incident which occurred on or about May 17, 2020, near the 2100 block of S. Lakeside Drive in Amarillo, Potter County, Texas. PLAINTIFFS were traveling northbound on Lakeside Drive and DEFENDANT was eastbound from a private drive. DEFENDANT failed to yield the right of way from the private drive and pulled into oncoming traffic causing PLAINTIFFS' vehicle to collide with the side of DEFENDANT'S vehicle. As a result of the collision, PLAINTIFFS suffered severe personal injuries.

## V. <u>Plaintiffs' Claims of Negligence Against Defendant GLORIA JEAN BERLIND</u>

       12.    DEFENDANT had a duty to exercise ordinary care and operate the vehicle she was driving in a reasonable and prudent manner. She breached this duty in one or more of the following particulars:

    a. Operating a motor vehicle at a speed greater than is reasonable and prudent under the conditions in having regard for actual and potential hazards in existence;

    b. Failing to control the speed of the motor vehicle as necessary to avoid colliding with another person, vehicle or other property in compliance with law and the duty of each person to use due care;

Plaintiff's Original Petition                                               Page 3

c. Failing to timely and/or properly apply the brakes;

d. Failing to maintain a proper lookout as a person of ordinary prudence would have maintained under the same or similar circumstances;

e. Failing to maintain the proper attention while operating a motor vehicle as a person of ordinary prudence would have maintained under the same or similar circumstances;

f. Failing to yield the right-of-way to oncoming traffic while turning left; and

g. Failing to use due caution.

## VI. PLAINTIFF'S CLAIMS OF NEGLIGENCE AGAINST DEFENDANT JOHN FAYARD MOVING & WAREHOUSE, LLC

13. Defendant JOHN FAYARD MOVING & WAREHOUSE, LLC had a duty to exercise the degree of care that a reasonably prudent company would use to avoid harm to others under circumstances similar to those described herein. Plaintiffs' injuries and damages were proximately caused by Defendant JOHN FAYARD MOVING & WAREHOUSE, LLC'S negligent, careless, and reckless disregard of said duty. Defendant JOHN FAYARD MOVING & WAREHOUSE, LLC'S breach of this duty consisted of, but is not limited to, the following acts and omissions:

a. In requiring its employer to drive while fatigued;

b. In failing to properly supervise its employee;

c. In failing to adequately train its employees on the safe use of company vehicles; and

d. In allowing its employee to drive while distracted.

***Respondeat Superior***

**CERTIFIED COPY  Page 4 of 9**

14.     Vicarious liability for Plaintiffs' injuries and damages attaches to Defendant JOHN FAYARD MOVING & WAREHOUSE, LLC through respondeat superior in the following respects:

    a.    Defendant BERLIND was an employee of Defendant JOHN FAYARD MOVING & WAREHOUSE, LLC at the time of the incident;

    b.    Defendant BERLIND was working in the course and scope of her employment at the time of the incident;

    c.    Defendant BERLIND was acting in furtherance of Defendant JOHN FAYARD MOVING & WAREHOUSE, LLC'S business at the time of the incident;

    d.    Defendant BERLIND was working for the accomplishment of the object for which he was hired; and

    e.    Defendant BERLIND negligence is a proximate cause of Plaintiff's injuries and damages.

## VI.    Damages of Plaintiff ANDREA MARSH ESQUEDA

15.     As a direct and proximate result of all Defendant's negligent acts and/or omissions set forth above,  ANDREA MARSH ESQUEDA has suffered physical injuries and damages far in excess of the minimum jurisdictional limits of this Court.

16.     ANDREA MARSH ESQUEDA seeks the following damages for the injuries received as a direct and proximate result of the incident made the basis of this lawsuit and of the Defendant's negligence:

    (a)    Reasonable and necessary medical and other health care-related expenses sustained in the past and which, in reasonable probability, she will sustain in the future;

    (b)    Loss and/or impairment of earnings and/or earning capacity sustained in the past and which, in reasonable probability, she will sustain in the future;

    (c)    Physical pain sustained in the past and which, in reasonable probability, he will sustain in the future;

(d)     Mental anguish and emotional distress sustained in the past and which, in reasonable probability, she will sustain in the future;

(e)     Physical impairment sustained in the past and which, in reasonable probability, she will sustain in the future;

(f)     Physical disfigurement sustained in the past and which, in reasonable probability, she will sustain in the future;

(g)     Loss and/or impairment of his enjoyment of life sustained in the past and which, in reasonable probability, she will sustain in the future.

17.     Alternatively, PLAINTIFF seeks the above-listed damages that PLAINTIFF suffered as a result of an aggravation of a pre-existing condition(s) as a result of the occurrence made the basis of this lawsuit.  The injuries sustained by the PLAINTIFF in the incident complained about have aggravated, exacerbated and activated these previously dormant conditions causing increased pain and discomfort to PLAINTIFF which resulted in additional medical treatment as a result of the aggravation.

## VI.     Damages of Plaintiff ROBERT LEE ESQUEDA

18.     As a direct and proximate result of all Defendant's negligent acts and/or omissions set forth above,  ROBERT LEE ESQUEDA has suffered physical injuries and damages far in excess of the minimum jurisdictional limits of this Court.

19.     ROBERT LEE ESQUEDA seeks the following damages for the injuries received as a direct and proximate result of the incident made the basis of this lawsuit and of the Defendant's negligence:

(a)     Reasonable and necessary medical and other health care-related expenses sustained in the past and which, in reasonable probability, he will sustain in the future;

(b)     Loss and/or impairment of earnings and/or earning capacity sustained in the past and which, in reasonable probability, he will sustain in the future;

(c)     Physical pain sustained in the past and which, in reasonable probability, he

Plaintiff's Original Petition                                                                                           Page 6

will sustain in the future;

(d)     Mental anguish and emotional distress sustained in the past and which, in reasonable probability, he will sustain in the future;

(e)     Physical impairment sustained in the past and which, in reasonable probability, he will sustain in the future;

(f)     Physical disfigurement sustained in the past and which, in reasonable probability, he will sustain in the future;

(g)     Loss and/or impairment of his enjoyment of life sustained in the past and which, in reasonable probability, he will sustain in the future.

20.     Alternatively, PLAINTIFF seeks the above-listed damages that PLAINTIFF suffered as a result of an aggravation of a pre-existing condition(s) as a result of the occurrence made the basis of this lawsuit.  The injuries sustained by the PLAINTIFF in the incident complained about have aggravated, exacerbated and activated these previously dormant conditions causing increased pain and discomfort to PLAINTIFF which resulted in additional medical treatment as a result of the aggravation.

## VII. **Demand for Jury**

21.     PLAINTIFFS respectfully request a trial by jury and have tendered a jury fee.

## VIII. **Plaintiffs' Rule 193.7 Notice**

22.     PLAINTIFFS hereby submit their Notice under Texas Rule of Civil Procedure 193.7 that they intend to use all documents produced by any party in response to written discovery requests at any pretrial proceeding, trial, or both.

## IX. **Prayer**

WHEREFORE, PREMISES CONSIDERED, PLAINTIFFS, prays that DEFENDANTS be cited to appear and answer herein, and that upon a final trial that judgment be entered for PLAINTIFFS against DEFENDANTS for the following:

a.      Damages as set forth in this petition in an amount in excess of the minimum jurisdictional limits of this Court;

b.      Pre-judgment interest from the date of injury through the date of judgment at the maximum rate allowed by law;

c.      Post-judgment interest at the maximum rate allowed by law from the date of judgment until such judgment is satisfied;

d.      Costs of court; and

e.      Such other and further relief, both at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

Stockard, Johnston , Brown & Netardus, P.C.
J. Daren Brown, Texas State Bar No. 24036271
dbrown@sjblawfirm.com
P.O. Box 3280
Amarillo, Texas  79116
Phone: (806) 372-2202
Fax:   (806) 379-7799

J. Daren Brown
**Attorneys for Plaintiff**

**PLAINTIFFS HEREBY DEMAND TRIAL BY JURY**

**CERTIFIED COPY  Page 8 of 9**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Rebecca McMurry on behalf of John Brown
Bar No. 24036271
rmcmurry@sjblawfirm.com
Envelope ID: 64318142
Status as of 5/9/2022 3:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DBrown | | dbrown@sjblawfirm.com | 5/9/2022 2:20:20 PM | SENT |
| Rebecca AMcMurry | | rmcmurry@sjblawfirm.com | 5/9/2022 2:20:20 PM | SENT |



I, Stephnie Menke, District Clerk of Potter County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this ___14 day of June, 2022_____

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid.  If there is a question regarding the validity of this document and or seal please contact 806-379-2307 or email civilinformation@co.potter.tx.us**

Filed
Stephanie Menke
District Clerk
5/9/2022 2:20 PM
Potter County, Texas
By PB Deputy

# REQUEST FOR ISSUANCE

**CAUSE NUMBER**: _110951-2-CV_

**TYPE OF ISSUANCE**: *E-FILING-YOU MUST ASSESS THE TYPE OF ISSUANCE, TYPE OF SERVICE, SERVICE FEES, AND COPY FEES ACCORDINGLY*

☒ CITATION
☐ PRECEPT
☐ TRO
☐ PROTECTIVE ORDER
☐ ABSTRACT OF JUDGMENT
☐ WRIT OF EXECUTION
☐ OTHER: _____

**TYPE OF SERVICE**:

☐ POTTER COUNTY SHERIFF *SERVICE FEE AND COPY FEE REQUIRED*
☐ CIVIL PROCESS SERVER-AUTHORIZED PERSON TO PICK-UP: _____
☐ POSTING *SERVICE FEE AND COPY FEE REQUIRED*
☐ PUBLICATION *SERVICE FEE REQUIRED*
☐ CERTIFIED MAIL *SERVICE FEE AND COPY FEE REQUIRED*
☐ TO BE MAILED TO PARTY REQUESTING SERVICE *SELF ADDRESSED STAMPED ENVELOPE AND/OR POSTAGE FEE REQUIRED*
☒ TO BE EMAILED TO PARTY REQUESTING SERVICES-*MUST INCLUDE EMAIL ADDRESS*

**TITLE OF DOCUMENT**: _Plaintiff's Original Petition_
*FOR EACH PARTY SERVED YOU MUST ASSESS THE APPROPRIATE NUMBER OF COPIES OF THE DOCUMENT TO BE SERVED * UNLESS CLERK IS TO EMAIL, THEN NO COPY FEE IS REQUIRED*

**FILE MARKED DATE OF DOCUMENT TO BE SERVED:** ____/____/____

**PARTY TO BE SERVED:** (PLEASE FILL OUT A NEW REQUEST FORM PER PARTY TO BE SERVED)
NAME: _Gloria Jean Berlind_
ADDRESS: _627 37th Avenue NE, Saint Petersburg, FL 33704_
AGENT, IF APPLICABLE: _____

**PARTY/ATTORNEY REQUESTING SERVICE:**
NAME: ___J. DAREN BROWN, STOCKARD, JOHNSTON, BROWN & NETARDUS, P.C.___

MAILING ADDRESS: _P.O. BOX 3280, AMARILLO, TX 79116_

PHONE NUMBER: _(806) 372-2202_      FAX NUMBER: _(806) 379-7799_

EMAIL ADDRESS: _dbrown@sjblawfirm.com & rmcmurry@sjblawfirm.com_

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Rebecca McMurry on behalf of John Brown
Bar No. 24036271
rmcmurry@sjblawfirm.com
Envelope ID: 64318142
Status as of 5/9/2022 3:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DBrown | | dbrown@sjblawfirm.com | 5/9/2022 2:20:20 PM | SENT |
| Rebecca AMcMurry | | rmcmurry@sjblawfirm.com | 5/9/2022 2:20:20 PM | SENT |



I, Stephnie Menke, District Clerk of Potter County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this  14 day of June, 2022

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid.  If there is a question regarding the validity of this document and or seal please contact 806-379-2307 or email civilinformation@co.potter.tx.us**

Filed
Stephanie Menke
District Clerk
5/9/2022 2:20 PM
Potter County, Texas
By PB Deputy

## REQUEST FOR ISSUANCE

110951-2-CV

**CAUSE NUMBER**: _____

**TYPE OF ISSUANCE**: *E-FILING-YOU MUST ASSESS THE TYPE OF ISSUANCE, TYPE OF SERVICE, SERVICE FEES, AND COPY FEES ACCORDINGLY*

- ☑ CITATION
- ☐ PRECEPT
- ☐ TRO
- ☐ PROTECTIVE ORDER
- ☐ ABSTRACT OF JUDGMENT
- ☐ WRIT OF EXECUTION
- ☐ OTHER: _____

**TYPE OF SERVICE**:

- ☐ POTTER COUNTY SHERIFF *SERVICE FEE AND COPY FEE REQUIRED*
- ☐ CIVIL PROCESS SERVER-AUTHORIZED PERSON TO PICK-UP: _____
- ☐ POSTING *SERVICE FEE AND COPY FEE REQUIRED*
- ☐ PUBLICATION *SERVICE FEE REQUIRED*
- ☐ CERTIFIED MAIL *SERVICE FEE AND COPY FEE REQUIRED*
- ☐ TO BE MAILED TO PARTY REQUESTING SERVICE *SELF ADDRESSED STAMPED ENVELOPE AND/OR POSTAGE FEE REQUIRED*
- ☑ TO BE EMAILED TO PARTY REQUESTING SERVICES-*MUST INCLUDE EMAIL ADDRESS*

**TITLE OF DOCUMENT**: Plaintiff Original
*FOR EACH PARTY SERVED YOU MUST ASSESS THE APPROPRIATE NUMBER OF COPIES OF THE DOCUMENT TO BE SERVED * UNLESS CLERK IS TO EMAIL, THEN NO COPY FEE IS REQUIRED*

**FILE MARKED DATE OF DOCUMENT TO BE SERVED:** _____/_____/_____

**PARTY TO BE SERVED:** (PLEASE FILL OUT A NEW REQUEST FORM PER PARTY TO BE SERVED)

NAME: John Fayard Moving + Warehouse, LLC

ADDRESS: 13486 Fastway Lane, Gulfport, MS 39503

AGENT, IF APPLICABLE: John R. Fayard, Jr.

**PARTY/ATTORNEY REQUESTING SERVICE:**

NAME: J. DAREN BROWN, STOCKARD, JOHNSTON, BROWN & NETARDUS, P.C.

MAILING ADDRESS: P.O. BOX 3280, AMARILLO, TX 79116

PHONE NUMBER: (806) 372-2202      FAX NUMBER: (806) 379-7799

EMAIL ADDRESS: dbrown@sjblawfirm.com & rmcmurry@sjblawfirm.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Rebecca McMurry on behalf of John Brown
Bar No. 24036271
rmcmurry@sjblawfirm.com
Envelope ID: 64318142
Status as of 5/9/2022 3:35 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DBrown | | dbrown@sjblawfirm.com | 5/9/2022 2:20:20 PM | SENT |
| Rebecca AMcMurry | | rmcmurry@sjblawfirm.com | 5/9/2022 2:20:20 PM | SENT |



I, Stephnie Menke, District Clerk of Potter County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this ___14 day of June, 2022_____

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid.  If there is a question regarding the validity of this document and or seal please contact 806-379-2307 or email civilinformation@co.potter.tx.us**

Filed
Stephanie Menke
District Clerk
5/9/2022 4:12 PM
Potter County, Texas
By PB Deputy

CAUSE NO. 110951-2-CV

| | | |
|---|---|---|
| ANDREA MARSH ESQUEDA and ROBERT LEE ESQUEDA, | § § § § | IN THE COUNTY COURT AT LAW 2 |
| Plaintiff, | § § | |
| v. | § § | IN AND FOR |
| GLORIA JEAN BERLIND and JOHN FAYARD MOVING & WAREHOUSING, LLC | § § § § § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## PLAINTIFF'S DEMAND FOR TRIAL BY JURY

COME NOW, ANDREA MARSH ESQUEDA and ROBERT LEE ESQUEDA, Plaintiffs, in the above captioned cause, pursuant to Rule 216 of the Texas Rules of Civil Procedure, demands a trial by jury.

Respectfully submitted,

Stockard, Johnston, Brown & Netardus, P.C.
J. Daren Brown, State Bar No. 24036271
P.O. Box 3280
Amarillo, Texas 79116
Tel: 806/372-2202
Fax: 806/379-7799
dbrown@sjblawfirm.com

By:_____
J. DAREN BROWN
Attorneys for Plaintiffs

Jury Demand

Page 1 of 1

**CERTIFIED COPY  Page 1 of 2**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Rebecca McMurry on behalf of John Brown
Bar No. 24036271
rmcmurry@sjblawfirm.com
Envelope ID: 64328006
Status as of 5/10/2022 8:16 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DBrown | | dbrown@sjblawfirm.com | 5/9/2022 4:12:45 PM | SENT |
| Rebecca AMcMurry | | rmcmurry@sjblawfirm.com | 5/9/2022 4:12:45 PM | SENT |



I, Stephnie Menke, District Clerk of Potter County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this ___14 day of June, 2022_____

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid.  If there is a question regarding the validity of this document and or seal please contact 806-379-2307 or email civilinformation@co.potter.tx.us**

**P.O. Box 9570**                                       **POTTER COUNTY**                    **Phone: 806-379-2300**

**Amarillo, Texas 79105-9570**           **Stephnie Menke, District Clerk**                      **Fax: 806-372-5061**

**501 S. Fillmore-Suite 1B**        http://www.co.potter.tx.us/page/potter.District.Clerk districtclerk@co.potter.tx.us

THE STATE OF TEXAS
CIVIL

CITATION-PERSONAL SERVICE

CAUSE NO. 110951-2-CV
STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN
FAYARD MOVING & WAREHOUSING, LLC
IN AND FOR THE: COUNTY COURT AT LAW #2

TO: GLORIA JEAN BERLIND
627 37TH AVENUE NE
SAINT PETERSBURG FL  33704

**NOTICE:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT
FILE A **WRITTEN ANSWER** WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING
A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE
OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30
DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.

THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS FILED MAY 09, 2022 IN
THE COUNTY COURT AT LAW #2 LOCATED AT AMARILLO, POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFF'S ORIGINAL PETITION

THE ATTORNEY FOR THE PLAINTIFF IS:
J. DAREN BROWN                          PO BOX 3280                                  806-372-2202
                                        AMARILLO TX  79116-3280

**ISSUED AND GIVEN UNDER MY HAND AND SEAL: MAY 10, 2022**

STEPHNIE MENKE, CLERK OF THE COURT
POTTER COUNTY, TEXAS
(OFFICER'S RETURN FOLLOWS)

BY DEPUTY:



**ORIGINAL FOR RETURN**

**CERTIFIED COPY  Page 1 of 4**

**POTTER COUNTY**

P.O. Box 9570                                            Phone: 806-379-2300

Amarillo, Texas 79105-9570           Stephnie Menke, District Clerk         Fax: 806-372-5061

501 S. Fillmore-Suite 1B     http://www.co.potter.tx.us/page/potter.District.Clerk districtclerk@co.potter.tx.us

### RETURN OF SERVICE

CAUSE NO. 110951-2-CV

STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN FAYARD MOVING & WAREHOUSING, LLC

IN AND FOR THE: COUNTY COURT AT LAW #2

CAME TO HAND ON THE _____ DAY OF _____, 20__, AT _____, O'CLOCK __.M., AND EXECUTED IN _____ COUNTY, TEXAS BY PERSONALLY DELIVERING TO THE NAMED DEFENDANT(S), A TRUE COPY OF THIS CITATION WITH THE DATE OF DELIVERY ENDORSED THEREON, TOGETHER WITH ACCOMPANYING COPY OF PLAINTIFF'S ORIGINAL PETITION,IN PERSON, AT THE FOLLOWING TIMES AND PLACES, TO-WIT:

**NAME OF INDIVIDUAL, CORPORATION, OR AGENT SERVED:**

_____

_____

**ADDRESS:**_____

**DATE:** _____, 20__ AT_____ O'CLOCK ___.M.

AND NOT EXECUTED AS TO THE DEFENDANT(S),

_____

THE DILIGENCE USED IN FINDING SAID DEFENDANT(S) BEING:

_____

AND THE CAUSE OR FAILURE TO EXECUTE THIS PROCESS IS:

_____

AND THE INFORMATION RECEIVED AS TO THE WHEREABOUTS OF SAID DEFENDANT(S) BEING:

_____

_____

**FEES:**

SERVING CITATION $_____

_____, SHERIFF

_____, COUNTY, TEXAS

BY: _____ _, DEPUTY

_____, AFFIANT

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

IN ACCORDANCE WITH RULE 107: THE OFFICER OR AUTHORIZED PERSON WHO SERVES, OR ATTEMPTS TO SERVE, A CITATION SHALL SIGN THE RETURN.  THE RETURN MUST EITHER BE VERIFIED OR BE SIGNED UNDER PENALTY OF PERJURY. A RETURN SIGNED UNDER PENALTY OF PERJURY MUST CONTAIN THE STATEMENT BELOW IN SUBSTANTIALLY THE FOLLOWING FORM:

"MY NAME IS _____, MY DATE OF BIRTH IS_____, AND MY ADDRESS IS _____.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed in _____County, State of_____, on the

_____day of _____, 20____.

_____

Declarant/Authorized Process Server

_____

ID # & expiration of certification

**POTTER COUNTY**

P.O. Box 9570                                                                                                          Phone: 806-379-2300
Amarillo, Texas 79105-9570                    Stephnie Menke, District Clerk                         Fax: 806-372-5061
501 S. Fillmore-Suite 1B             http://www.co.potter.tx.us/page/potter.District.Clerk districtclerk@co.potter.tx.us

THE STATE OF TEXAS                                                                                                             CIVIL
CITATION-PERSONAL SERVICE

CAUSE NO. 110951-2-CV
STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN
FAYARD MOVING & WAREHOUSING, LLC
IN AND FOR THE: COUNTY COURT AT LAW #2

TO: GLORIA JEAN BERLIND
627 37TH AVENUE NE
SAINT PETERSBURG FL 33704

**NOTICE:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT
FILE A **WRITTEN ANSWER** WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING
A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE
OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30
DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.


THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS FILED MAY 09, 2022 IN
THE COUNTY COURT AT LAW #2 LOCATED AT AMARILLO, POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFF'S ORIGINAL PETITION

THE ATTORNEY FOR THE PLAINTIFF IS:
J. DAREN BROWN                      PO BOX 3280                           806-372-2202
                                    AMARILLO TX  79116-3280
                                                                          806-372-2202
**ISSUED AND GIVEN UNDER MY HAND AND SEAL: MAY 10, 2022**

                                                  STEPHNIE MENKE, CLERK OF THE COURT
                                                          POTTER COUNTY, TEXAS
                                                       (OFFICER'S RETURN FOLLOWS)


                        BY DEPUTY:



**POTTER COUNTY**

P.O. Box 9570                                                                       Phone: 806-379-2300

Amarillo, Texas 79105-9570                  Stephnie Menke, District Clerk                  Fax: 806-372-5061

501 S. Fillmore-Suite 1B        http://www.co.potter.tx.us/page/potter.District.Clerk  districtclerk@co.potter.tx.us

### RETURN OF SERVICE

CAUSE NO. 110951-2-CV

STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN FAYARD MOVING & WAREHOUSING, LLC

IN AND FOR THE: COUNTY COURT AT LAW #2

CAME TO HAND ON THE _____ DAY OF _____, 20\_\_, AT _____, O'CLOCK \_\_.M., AND EXECUTED IN _____ COUNTY, TEXAS BY PERSONALLY DELIVERING TO THE NAMED DEFENDANT(S), A TRUE COPY OF THIS CITATION WITH THE DATE OF DELIVERY ENDORSED THEREON, TOGETHER WITH ACCOMPANYING COPY OF PLAINTIFF'S ORIGINAL PETITION,IN PERSON, AT THE FOLLOWING TIMES AND PLACES, TO-WIT:

**NAME OF INDIVIDUAL, CORPORATION, OR AGENT SERVED:**

_____

_____

**ADDRESS:**_____

**DATE:** _____, 20\_\_ AT_____ O'CLOCK \_\_\_.M.

AND NOT EXECUTED AS TO THE DEFENDANT(S),

_____

THE DILIGENCE USED IN FINDING SAID DEFENDANT(S) BEING:

_____

AND THE CAUSE OR FAILURE TO EXECUTE THIS PROCESS IS:

_____

AND THE INFORMATION RECEIVED AS TO THE WHEREABOUTS OF SAID DEFENDANT(S) BEING:

_____

_____

**FEES:**

SERVING CITATION $_____

_____, SHERIFF

_____, COUNTY, TEXAS

BY: _____ \_, DEPUTY

_____, AFFIANT

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

IN ACCORDANCE WITH RULE 107: THE OFFICER OR AUTHORIZED PERSON WHO SERVES, OR ATTEMPTS TO SERVE, A CITATION SHALL SIGN THE RETURN. THE RETURN MUST EITHER BE VERIFIED OR BE SIGNED UNDER PENALTY OF PERJURY. A RETURN SIGNED UNDER PENALTY OF PERJURY MUST CONTAIN THE STATEMENT BELOW IN SUBSTANTIALLY THE FOLLOWING FORM:

"MY NAME IS _____, MY DATE OF BIRTH IS_____, AND MY ADDRESS IS _____.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed in _____County, State of_____, on the

_____day of _____, 20\_\_\_\_.

_____

Declarant/Authorized Process Server

_____

ID # & expiration of certification

**CERTIFIED COPY  Page 4 of 4**



I, Stephnie Menke, District Clerk of Potter County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   14 day of June, 2022

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid.  If there is a question regarding the validity of this document and or seal please contact 806-379-2307 or email civilinformation@co.potter.tx.us**

**P.O. Box 9570**                                    **POTTER COUNTY**                    **Phone: 806-379-2300**

**Amarillo, Texas 79105-9570**              **Stephnie Menke, District Clerk**              **Fax: 806-372-5061**

**501 S. Fillmore-Suite 1B**    http://www.co.potter.tx.us/page/potter.District.Clerk districtclerk@co.potter.tx.us

THE STATE OF TEXAS
CIVIL

CITATION-PERSONAL SERVICE

CAUSE NO. 110951-2-CV

STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN
FAYARD MOVING & WAREHOUSING, LLC

IN AND FOR THE: COUNTY COURT AT LAW #2

TO: JOHN FAYARD MOVING & WAREHOUE, LLC, BY SERVING ITS REGISTERED AGENT,

JOHN R. FAYARD, JR.

13486 FASTWAY LANE

GULFPORT MS  39503

**NOTICE:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT
FILE A **WRITTEN ANSWER** WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING
A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE
OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30
DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.

THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS FILED MAY 09, 2022 IN
THE COUNTY COURT AT LAW #2 LOCATED AT AMARILLO, POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFF'S ORIGINAL PETITIOON

THE ATTORNEY FOR THE PLAINTIFF IS:

J. DAREN BROWN                    PO BOX 3280                         806-372-2202
                                 AMARILLO TX  79116-3280

J. DAREN BROWN

**ISSUED AND GIVEN UNDER MY HAND AND SEAL: MAY 10, 2022**

STEPHNIE MENKE, CLERK OF THE COURT
POTTER COUNTY, TEXAS
(OFFICER'S RETURN FOLLOWS)

BY DEPUTY:



**CERTIFIED COPY  Page 1 of 4**

**POTTER COUNTY**

P.O. Box 9570                                                                                                          Phone: 806-379-2300

Amarillo, Texas 79105-9570                          Stephnie Menke, District Clerk                          Fax: 806-372-5061

501 S. Fillmore-Suite 1B          http://www.co.potter.tx.us/page/potter.District.Clerk  districtclerk@co.potter.tx.us

### RETURN OF SERVICE

CAUSE NO. 110951-2-CV

STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN
FAYARD MOVING & WAREHOUSING, LLC

IN AND FOR THE: COUNTY COURT AT LAW #2


CAME TO HAND ON THE _____ DAY OF _____, 20___, AT _____, O'CLOCK ___.M., AND
EXECUTED IN _____ COUNTY, TEXAS BY PERSONALLY DELIVERING TO THE
NAMED DEFENDANT(S), A TRUE COPY OF THIS CITATION WITH THE DATE OF DELIVERY ENDORSED THEREON,
TOGETHER WITH ACCOMPANYING COPY OF PLAINTIFF'S ORIGINAL PETITIOON,IN PERSON, AT THE FOLLOWING
TIMES AND PLACES, TO-WIT:

**NAME OF INDIVIDUAL, CORPORATION, OR AGENT SERVED:**
_____
_____

**ADDRESS:**_____

**DATE:** _____, 20___ AT_____ O'CLOCK ___.M.

AND NOT EXECUTED AS TO THE DEFENDANT(S),
_____

THE DILIGENCE USED IN FINDING SAID DEFENDANT(S) BEING:
_____

AND THE CAUSE OR FAILURE TO EXECUTE THIS PROCESS IS:
_____

AND THE INFORMATION RECEIVED AS TO THE WHEREABOUTS OF SAID DEFENDANT(S) BEING:
_____
_____

**FEES:**

SERVING CITATION $_____

_____, SHERIFF

_____, COUNTY, TEXAS

BY: _____ _, DEPUTY

_____, AFFIANT

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

IN ACCORDANCE WITH RULE 107: THE OFFICER OR AUTHORIZED PERSON WHO SERVES, OR ATTEMPTS TO SERVE, A CITATION SHALL SIGN THE
RETURN.  THE RETURN MUST EITHER BE VERIFIED OR BE SIGNED UNDER PENALTY OF PERJURY. A RETURN SIGNED UNDER PENALTY OF PERJURY
MUST CONTAIN THE STATEMENT BELOW IN SUBSTANTIALLY THE FOLLOWING FORM:

"MY NAME IS _____, MY DATE OF BIRTH IS_____, AND MY
ADDRESS IS _____.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed in _____County, State of_____, on the
_____day of _____, 20_____.


_____

Declarant/Authorized Process Server

_____

ID # & expiration of certification

# POTTER COUNTY

P.O. Box 9570                                                                                    Phone: 806-379-2300

Amarillo, Texas 79105-9570              Stephnie Menke, District Clerk                Fax: 806-372-5061

501 S. Fillmore-Suite 1B        http://www.co.potter.tx.us/page/potter.District.Clerk districtclerk@co.potter.tx.us

THE STATE OF TEXAS                                                                                    CIVIL

CITATION-PERSONAL SERVICE

CAUSE NO. 110951-2-CV

STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN
FAYARD MOVING & WAREHOUSING, LLC

IN AND FOR THE: COUNTY COURT AT LAW #2

TO: JOHN FAYARD MOVING & WAREHOUE, LLC, BY SERVING ITS REGISTERED AGENT,

JOHN R. FAYARD, JR.

10323 EXPRESS DRIVE

GULFPORT MS  39503

**NOTICE:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT
FILE A **WRITTEN ANSWER** WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING
A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE
OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30
DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.

THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS FILED MAY 09, 2022 IN
THE COUNTY COURT AT LAW #2 LOCATED AT AMARILLO, POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFF'S ORIGINAL PETITIOON

THE ATTORNEY FOR THE PLAINTIFF IS:

J. DAREN BROWN                      PO BOX 3280                          806-372-2202
                                   AMARILLO TX  79116-3280

                                                                        806-372-2202

**ISSUED AND GIVEN UNDER MY HAND AND SEAL: MAY 10, 2022**

STEPHNIE MENKE, CLERK OF THE COURT
POTTER COUNTY, TEXAS
(OFFICER'S RETURN FOLLOWS)

BY DEPUTY:



**POTTER COUNTY**

P.O. Box 9570                                                          Phone: 806-379-2300

Amarillo, Texas 79105-9570          Stephnie Menke, District Clerk          Fax: 806-372-5061

501 S. Fillmore-Suite 1B          http://www.co.potter.tx.us/page/potter.District.Clerk districtclerk@co.potter.tx.us

### RETURN OF SERVICE

CAUSE NO. 110951-2-CV

STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN FAYARD MOVING & WAREHOUSING, LLC

IN AND FOR THE: COUNTY COURT AT LAW #2

CAME TO HAND ON THE _____ DAY OF _____, 20___, AT _____, O'CLOCK ___.M., AND EXECUTED IN _____ COUNTY, TEXAS BY PERSONALLY DELIVERING TO THE NAMED DEFENDANT(S), A TRUE COPY OF THIS CITATION WITH THE DATE OF DELIVERY ENDORSED THEREON, TOGETHER WITH ACCOMPANYING COPY OF PLAINTIFF'S ORIGINAL PETITIOON,IN PERSON, AT THE FOLLOWING TIMES AND PLACES, TO-WIT:

**NAME OF INDIVIDUAL, CORPORATION, OR AGENT SERVED:**

_____

_____

**ADDRESS:**_____

**DATE:** _____, 20___ AT_____ O'CLOCK ___.M.

AND NOT EXECUTED AS TO THE DEFENDANT(S),

_____

THE DILIGENCE USED IN FINDING SAID DEFENDANT(S) BEING:

_____

AND THE CAUSE OR FAILURE TO EXECUTE THIS PROCESS IS:

_____

AND THE INFORMATION RECEIVED AS TO THE WHEREABOUTS OF SAID DEFENDANT(S) BEING:

_____

_____

**FEES:**

SERVING CITATION $_____

_____, SHERIFF

_____, COUNTY, TEXAS

BY: _____ _, DEPUTY

_____, AFFIANT

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

IN ACCORDANCE WITH RULE 107: THE OFFICER OR AUTHORIZED PERSON WHO SERVES, OR ATTEMPTS TO SERVE, A CITATION SHALL SIGN THE RETURN.  THE RETURN MUST EITHER BE VERIFIED OR BE SIGNED UNDER PENALTY OF PERJURY. A RETURN SIGNED UNDER PENALTY OF PERJURY MUST CONTAIN THE STATEMENT BELOW IN SUBSTANTIALLY THE FOLLOWING FORM:

"MY NAME IS _____, MY DATE OF BIRTH IS_____, AND MY ADDRESS IS _____.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed in _____County, State of_____, on the

_____day of _____, 20_____.

_____

Declarant/Authorized Process Server

_____

ID # & expiration of certification

**CERTIFIED COPY  Page 4 of 4**



I, Stephnie Menke, District Clerk of Potter County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   14 day of June, 2022

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid.  If there is a question regarding the validity of this document and or seal please contact 806-379-2307 or email civilinformation@co.potter.tx.us**

Filed
Stephnie Menke
District Clerk
5/23/2022 11:08 AM
Potter County, Texas
By JW Deputy

**P.O. Box 9570**               **POTTER COUNTY**              Phone: 806-379-2300

**Amarillo, Texas 79105-9570**      **Stephnie Menke, District Clerk**      Fax: 806-372-5061

**501 S. Fillmore-Suite 1B**    **http://www.co.potter.tx.us/page/potter.District.Clerk** districtclerk@co.potter.tx.us

THE STATE OF TEXAS
CIVIL

CITATION-PERSONAL SERVICE

CAUSE NO. 110951-2-CV
STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN
FAYARD MOVING & WAREHOUSING, LLC
IN AND FOR THE: COUNTY COURT AT LAW #2

TO: JOHN FAYARD MOVING & WAREHOUE, LLC, BY SERVING ITS REGISTERED AGENT,
JOHN R. FAYARD, JR.
13486 FASTWAY LANE
GULFPORT MS  39503

**NOTICE:** YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT
FILE A **WRITTEN ANSWER** WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS
CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING
A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE
OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30
DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG.

THE ADDRESS OF THE CLERK IS SHOWN ABOVE. THE PLAINTIFF'S PETITION WAS FILED MAY 09, 2022 IN
THE COUNTY COURT AT LAW #2 LOCATED AT AMARILLO, POTTER COUNTY, TEXAS.

ATTACHED HERETO IS: PLAINTIFF'S ORIGINAL PETITIOON

THE ATTORNEY FOR THE PLAINTIFF IS:
J. DAREN BROWN          PO BOX 3280                806-372-2202
                        AMARILLO TX  79116-3280

J. DAREN BROWN

**ISSUED AND GIVEN UNDER MY HAND AND SEAL: MAY 10, 2022**

                              STEPHNIE MENKE, CLERK OF THE COURT
                              POTTER COUNTY, TEXAS
                              (OFFICER'S RETURN FOLLOWS)

BY DEPUTY:



**ORIGINAL FOR RETURN**

**CERTIFIED COPY  Page 1 of 3**

P.O. Box 9570                          **POTTER COUNTY**                    Phone: 806-379-2300
Amarillo, Texas 79105-9570          Stephnie Menke, District Clerk          Fax: 806-372-5061
501 S. Fillmore-Suite 1B     http://www.co.potter.tx.us/page/potter.District.Clerk districtclerk@co.potter.tx.us

### RETURN OF SERVICE

CAUSE NO. 110951-2-CV
STYLE: ANDREA MARSH ESQUEDA AND ROBERT LEE ESQUEDA VS. GLORIA JEAN BERLIND AND JOHN
FAYARD MOVING & WAREHOUSING, LLC
IN AND FOR THE: COUNTY COURT AT LAW #2

CAME TO HAND ON THE _16_ DAY OF _May_, 20_22_ AT _5_ O'CLOCK _P_.M., AND
EXECUTED IN _____ COUNTY, TEXAS BY PERSONALLY DELIVERING TO THE
NAMED DEFENDANT(S), A TRUE COPY OF THIS CITATION WITH THE DATE OF DELIVERY ENDORSED THEREON,
TOGETHER WITH ACCOMPANYING COPY OF PLAINTIFF'S ORIGINAL PETITIOON,IN PERSON, AT THE FOLLOWING
TIMES AND PLACES, TO-WIT:
NAME OF INDIVIDUAL, CORPORATION, OR AGENT SERVED:
_John Fayard Moving e Warehouse LLC Serving its Registered_
_Agent John R Fayara JR._
ADDRESS: _13486 Fastway Lane, Gulfport, Ms 39503_
DATE: _May 17, 2022_, 20_22_ AT _2:30_ O'CLOCK _P_.M.

AND NOT EXECUTED AS TO THE DEFENDANT(S),
_____

THE DILIGENCE USED IN FINDING SAID DEFENDANT(S) BEING:
_____

AND THE CAUSE OR FAILURE TO EXECUTE THIS PROCESS IS:
_____

AND THE INFORMATION RECEIVED AS TO THE WHEREABOUTS OF SAID DEFENDANT(S) BEING:
_____
_____

**FEES:**
SERVING CITATION $_____

_____, SHERIFF
_____, COUNTY, TEXAS
BY: _____, DEPUTY
_____, AFFIANT

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
IN ACCORDANCE WITH RULE 107: THE OFFICER OR AUTHORIZED PERSON WHO SERVES, OR ATTEMPTS TO SERVE, A CITATION SHALL SIGN THE
RETURN. THE RETURN MUST EITHER BE VERIFIED OR BE SIGNED UNDER PENALTY OF PERJURY. A RETURN SIGNED UNDER PENALTY OF PERJURY
MUST CONTAIN THE STATEMENT BELOW IN SUBSTANTIALLY THE FOLLOWING FORM:
"MY NAME IS _Ricky Dombrowski_, MY DATE OF BIRTH IS _9/13/1959_, AND MY
ADDRESS IS _P.O. Box 1472, Gulfport, Ms. 39502_.
**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
Executed in _Harrison_ County, State of _Mississippi_, on the
_17_ day of _May_, 20_22_.

_____
Declarant/Authorized Process Server

_____
ID # & expiration of certification

**CERTIFIED COPY  Page 2 of 3**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Rebecca McMurry on behalf of John Brown
Bar No. 24036271
rmcmurry@sjblawfirm.com
Envelope ID: 64747879
Status as of 5/23/2022 12:15 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DBrown | | dbrown@sjblawfirm.com | 5/23/2022 11:08:21 AM | SENT |



I, Stephnie Menke, District Clerk of Potter County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this ___14 day of June, 2022_____

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid.  If there is a question regarding the validity of this document and or seal please contact 806-379-2307 or email civilinformation@co.potter.tx.us**

Filed
Stephanie Menke
District Clerk
6/13/2022 9:42 AM
Potter County, Texas
By PB Deputy

CAUSE NO. 110951-2-CV

| | | |
|---|---|---|
| ANDREA MARSH ESQUEDA and | § | COUNTY COURT AT LAW #2 |
| ROBERT LEE ESQUEDA, | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | IN AND FOR |
| | § | |
| GLORIA JEAN BERLIND and | § | |
| JOHN FAYARD MOVING & | § | |
| WAREHOUSING, LLC, | § | |
| *Defendants.* | § | POTTER COUNTY, TEXAS |

## DEFENDANT JOHN FAYARD MOVING & WAREHOUSING, LLC'S ANSWER TO PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Defendant, JOHN FAYARD MOVING & WAREHOUSING, LLC ("Defendant" or "JOHN FAYARD") and submits its Answer to Plaintiffs' Original Petition and shows the Court the following:

### I.
### MOTION FOR LEVEL THREE DISCOVERY CONTROL PLAN

1.      Pursuant to TEX. R. CIV. P 190.4, Defendant hereby moves the Court for an order requiring the parties to conduct discovery under Level 3 and enter an appropriate scheduling order.

### II.
### GENERAL DENIAL

2.      In accordance with Tex. R. Civ. P. 92, Defendant hereby asserts a general denial to all claims in Plaintiffs' Original Petition ("Petition") and generally denies each and every, all and singular, material allegations and claims asserted in the Petition and/or in any subsequent petition and demands strict proof by a preponderance of the evidence according to Texas law.

### II.
### AFFIRMATIVE DEFENSES

**CERTIFIED COPY  Page 1 of 5**

Pleading in the alternative, and without waiving the above and foregoing, Defendant asserts the following affirmative defenses against Plaintiffs' claims:

3.     **Contributory Negligence.** At all relevant times, and shortly before, immediately before and/or at the time of the collision/incident in question, Plaintiffs Andrea Marsh Esqueda and Robert Lee Esqueda (Plaintiffs or "Esquedas") were negligent, contributorily negligent, and failed to use ordinary care by failing to act as ordinarily prudent persons or reasonable persons would have acted under the same or similar circumstances. Such contributory negligence, comparative fault, or proportionate responsibility of Plaintiffs, either singularly or in combination, was the sole proximate cause, or alternatively, a proximate cause, of the incident in question, and any injuries or damages sustained by Plaintiff. Any and all recovery of Plaintiffs is barred by Plaintiffs' own proportionate responsibility, comparative fault, negligence, and/or negligence per se described above, in accordance with TEX. CIV. PRAC. & REM. CODE §33.001. Alternatively, Defendant hereby asserts that the trier of fact be allowed to determine the percentage of responsibility of Plaintiffs in accordance with Chapter 33.001 et seq. of the Texas Civil Practice and Remedies Code, including Sections 33.001, 33.003, 33.004, 33.011, 33.012, and 33.013. The recovery of any damages of Plaintiffs on their claims and causes of action are therefore barred by Plaintiffs' own proportionate responsibility, negligence, or fault, or alternatively, the Court must reduce the amount of damages to be recovered by Plaintiffs by a percentage equal to the percentage of responsibility of Plaintiffs determined by the jury at trial, pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §§ 33.001, 33.003, 33.004, 33.011, 33.012, and 33.013.

4.     **Right to Proportionate Responsibility/Comparative Fault Determination of all Parties**.  In accordance with TEX. CIV. PRAC. & REM. CODE §§ 33.001, 33.003, 33.004, 33.011, 33.012 and 33.013, Defendant asserts that that the jury be allowed to determine the percentage of

proportionate responsibility or comparative fault as to each claimant/decedent, each defendant, each settling person and each designated responsible third party with respect to each said person's or entity's causing or contributing to cause in any way the alleged harm and damages for which Plaintiffs seek recovery, whether by negligent act or omission or by other conduct or activity that violates an applicable legal standard.  Defendant hereby asserts and invokes the proportionate responsibility/comparative fault provisions of TEX. CIV. PRAC. & REM. CODE § 33.001 *et. seq.*

5.      Under Section 304.1045 of the TEXAS FINANCE CODE, Defendant cannot be liable to Plaintiffs for any pre-judgment interest on future damages.

6.      Plaintiffs' recovery of any loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value, or loss of inheritance, is limited to net loss after reduction for income tax payments or unpaid tax liability under the federal income tax law of the United States, in accordance with TEX. CIV. PRAC & REM CODE ANN. §18.091(a).  Defendant is entitled to an instruction to the jury that any recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value, or loss of inheritance is subject to federal income taxes, in accordance with TEX. CIV. PRAC & REM CODE ANN. §18.091(b).

### III.
### DEMAND FOR A JURY TRIAL

7.      Defendant hereby timely demands its right to a jury trial on all triable issues.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant JOHN FAYARD MOVING & WAREHOUSING LLC requests that this Court upon final trial of this cause enter final judgment that Plaintiffs take nothing by their suit and that Defendant JOHN FAYARD MOVING & WAREHOUSING LLC recover its costs of court, and for such other and further relief, at law or in equity, general or special, to which it may show itself justly entitled.

Respectfully submitted,

MULLIN HOARD & BROWN, L.L.P.
Danny M. Needham, TBN: 14854400
Christopher W. Weber, TBN: 00797640
C. Wade Overstreet, TBN: 24029758
P. O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
dmneedham@mhba.com – Email
cweber@mhba.com – Email
woverstreet@mhba.com – Email

By: */s/ Danny M. Needham*
    Danny M. Needham

ATTORNEYS FOR DEFENDANT JOHN
FAYARD MOVING & WAREHOUSING LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of June 2022, I electronically filed the foregoing document with the State of Texas electronic filing system through eFileTexas.gov, and that a true and correct copy was served on the parties listed below through the electronic case filing system by email if they are registered, and by email if they are not registered with the electronic case filing system:

J. Daren Brown
STOCKARD JOHNSTON BROWN & NETARDUS, PC
P.O. Box 3280
Amarillo, TX 79116
Email: dbrown@sjblawfirm.com
*Attorney for Plaintiffs*

/s/ *Danny M. Needham*
    Danny M. Needham

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Erica Anderson on behalf of Danny Needham
Bar No. 14854400
eanderson@mhba.com
Envelope ID: 65365473
Status as of 6/13/2022 11:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John DBrown | | dbrown@sjblawfirm.com | 6/13/2022 9:42:45 AM | SENT |
| Rebecca AMcMurry | | rmcmurry@sjblawfirm.com | 6/13/2022 9:42:45 AM | SENT |

Associated Case Party: John Fayard Moving & Warehouse, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Weber | | cweber@mhba.com | 6/13/2022 9:42:45 AM | SENT |
| Lisa Reed | | lreed@mhba.com | 6/13/2022 9:42:45 AM | SENT |
| Wade Overstreet | | woverstreet@mhba.com | 6/13/2022 9:42:45 AM | SENT |
| Danny Needham | | dmneedham@mhba.com | 6/13/2022 9:42:45 AM | SENT |
| Erica Anderson | | eanderson@mhba.com | 6/13/2022 9:42:45 AM | SENT |



I, Stephnie Menke, District Clerk of Potter
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   14 day of June, 2022

Stephnie Menke, DISTRICT CLERK

POTTER COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid.  If there is a question regarding the validity of this document and or seal please
contact 806-379-2307 or email civilinformation@co.potter.tx.us**